THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 21-57106-wlh |
| WENDY SHENEA MURRAY, | CHAPTER 7 |
| Debtor. | JUDGE WENDY L. HAGENAU |
| 2018-3 IH BORROWER LP, <br>     Movant, | CONTESTED MATTER |
| vs. | |
| WENDY SHENEA MURRAY, <br>     Debtor, <br><br>S. GREGORY HAYS, <br>     Trustee, <br>     Respondents. | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW**, 2018-3 IH BORROWER LP, ("Movant") and hereby moves this Court for relief from the automatic stay pursuant to 11 U.S.C. § 362(d), with respect to certain real property. In support thereof, Movant shows as follows:

1.

Wendy Shenea Murray ("Debtor") having filed a voluntary petition pursuant to 11 U.S.C. § 701, *et seq.*, is subject to the jurisdiction of this Court.

2.

This Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362.

3.

Movant is the landlord of that certain real property located at 107 Trestle Court, Stockbridge, GA 30281 ("Property"), currently leased to Debtor pursuant to a rent under a residential lease agreement entered into on or about January 28, 2019 ("Lease"), for a term beginning on March 31, 2020 and ending on March 30, 2021, with a rental rate of $1,350.00. Upon expiration of the initial lease term, an additional month to month fee is incurred as additional rent. The current monthly rent under the Lease is $1,790.00 per month ("Rent"). In the event Rent is not received by the third (3rd) day of each month, a late fee of $145.00 ("Late Fee") is incurred.

4.

Debtor does not list the Property as her address in the Petition [Doc. 1, p. 2]. However, Debtor does list Movant's property management company, Invitation Homes, in Schedule G: Executory Contracts and Unexpired Leases [Doc. 1, p. 56].

5.

Movant seeks relief in order to continue with dispossessory proceedings ("Dispossessory"), previously filed in Henry County, Georgia, to dispossess Debtor along with any other occupants from the Property for failure to pay rent under the Lease. A copy of the Dispossessory complaint is attached hereto as **Exhibit 1**. The Dispossessory was stayed once Movant was made aware of Debtor's voluntary petition.

6.

Debtor defaulted under the terms of the Lease by failing to pay Rent, Late Fees, and other

applicable charges under the Lease as required for June 2021 through the date of the instant motion. As of the date of the instant motion, Debtor owes a total of $17,326.40. Debtor continues to accrue arrearages of Rent, Late Fees, and other applicable charges.

7.

Movant is unable to continue with the Dispossessory and exercise its state law remedies due to the automatic stay and has incurred costly attorney fees as a result of Debtor's actions and filings.

8.

Because Debtor has demonstrated a continuing default and a clear inability to make payments required under the Lease and has not submitted any documentation to the contrary under the provisions of the bankruptcy code, Movant is not adequately protected. For the foregoing reasons, Movant asserts that cause exists sufficient to waive the requirements of Bankruptcy Rule 4001(a)(3).

10.

Because there is no equitable or legal interest in the Property which could benefit the Estate and such property is not part of the Estate, the Trustee's interest should be deemed abandoned, the Lease rejected, and the stay should be lifted with regard to Movant to allow it to continue with the Dispossessory to dispossess Debtor along with Debtor's personal property and, to the extent permitted by law, obtain a monetary judgment against Debtor for unpaid post-petition Rent while Debtor remains in possession of the Property.

11.

Because the Lease provides that Debtor is responsible for Movant's attorney's fees in

pursuing legal action, Movant is entitled to reasonable attorney's fees from Debtor.

**WHEREFORE**, Movant prays for the following relief:

(A)   An Order granting Movant relief from the automatic stay entered under 11 U.S.C. § 362 for all purposes allowed by applicable law, including but not limited to, authorizing Movant to exercise its state law remedies, specifically to continue the Dispossessory against Debtor and all other occupants of the Property and remove all personal property and personal effects therefrom and to seek a monetary judgment for any post-petition amounts due under the Lease to the extent permitted by law and by this Court;

(B)   That the Lease be deemed rejected;

(C)   The Court award Movant reasonable attorney's fees and costs for bringing the instant motion;

(D)   The Court waive the 14-day stay of Bankruptcy Rule 4001(a)(3); and

(E)   For such other and further relief as the Court deems just and equitable.

Dated: October 19, 2021.

Respectfully Submitted,

/s/ Lynn M. Wilson
Lynn M. Wilson, Esq.
Georgia Bar No. 768852

/s/ Brandi N. Wade
Brandi N. Wade, Esq.
Georgia Bar No. 868917

*Counsel for Movant*

**Goggans, Stutzman, Hudson,
Wilson & Mize, LLP**
990 Hammond Drive, Suite 300
Atlanta, Georgia 30328
Telephone: (404) 255-6900

Facsimile: (404) 843-2317
lwilson@gshattorneys.com
bwade@gshattorneys.com

# EXHIBIT 1
## Dispossessory Complaint

**MAGISTRATE COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

CASE NO. 2021-1647 CO

File # 259021

**PLAINTIFF:**
2018-3 IH Borrower LP
Invitation Homes

P.O. Box 451027
Atlanta, GA 31145

PHONE # 770-491-0522

**DEFENDANT:**
Wendy Murray, and All Other Occupants.
107 Trestle Ct
Stockbridge, GA 30281

FILED IN OFFICE
MAGISTRATE COURT
HENRY COUNTY, GA

MAY 27 2021

APRIL BLACKBURN, CLERK
MAGISTRATE COURT, HENRY COUNTY, GA

**DISPOSSESSORY AFFIDAVIT**

1. Defendant is in possession as tenant of the premises at the above address in Henry County.
2. Plaintiff is the Defendant's Landlord.
3. Defendant is a tenant at (will, sufferance).
   - X  Fails to pay rent which is now past due.
   - ___ Holds the premises over and beyond the term for which they were rented or leased to him.
   - X  Other: _____
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.   Total Amt Due $ $7,901.40

WHEREFORE THE PLAINTIFF DEMANDS:

(a) Possession of the premises.
(b) Past due rent of $ 7,101.40 ____ as of _____ thru JAN, FEB, MAR, APR, MAY ____; all rent that will be due
(c) Late Charges: $ 145.00 ____; Court Cost: $ 107.50 ____
    at a rate of $ ____ per day until suit is settled.
(d) Other: $200.00 Filing Fee + $255.00 Maintenance Fee + $200.00 Misc Fee

Sworn to and subscribed before me this the
26th day of May, 2021

Magistrate Clerk

PLAINTIFF

Agent, ~~Attorney of Record~~
770-491-0522

Because of the global COVID-19 pandemic, you may be eligible for temporary protection from eviction under the laws of your State, territory, locality, or tribal area, or under Federal law.
Learn the steps you should take now:
• Visit www.cfpb.gov/eviction
• Or call a housing counselor at 800-569-4287

**NOTICE AND SUMMONS**

TO: Wendy Murray, and All Other Occupants

This is to notify you that __2018-3 IH Borrower LP, Invitation Homes__ has filed a claim against you. This claim asks for judgment against you for any other demands by Plaintiff, as shown above.

You are required to present an answer to this within seven (7) days after service of the notice, or on the first business day thereafter if the seventh day falls on a SATURDAY, SUNDAY OR A LEGAL HOLIDAY. Your answer may be presented in writing or be given in person to the Magistrate during regular court hours at the Magistrate Court. An answer form is available from this court upon request. If you do not answer in time A JUDGMENT WILL BE ENTERED AGAINST YOU.

This NOTICE AND STATEMENT OF CLAIM was served on _____ (Date)

It must be answered on or before _____, 20____, during regular Court hours in the Magistrate Court at the top of this notice.

MAGISTRATE CLERK                    DEPUTY SHERIFF

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 21-57106-wlh |
| WENDY SHENEA MURRAY, | CHAPTER 7 |
| Debtor. | JUDGE WENDY L. HAGENAU |
| 2018-3 IH BORROWER LP, <br>     Movant, <br> vs. <br> WENDY SHENEA MURRAY, <br>     Debtor, <br> S. GREGORY HAYS, <br>     Trustee, <br>     Respondents. | CONTESTED MATTER |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that 2018-3 IH BORROWER LP, Movant herein, has filed a Motion for Relief from Automatic Stay, dated October 19, 2021, and related papers with the Court seeking an order modifying the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the motion in **Courtroom 1403, Richard B. Russell Federal Building and U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, at 9:30 a.m. on November 18, 2021.** "This matter will be called telephonically; if the matter is to be heard by the Judge, it will be heard telephonically immediately at the conclusion of the calendar call.  Please check the Judge's website under the "Hearing Information" tab for more information.

Your rights may be affected by the Court's ruling on these pleadings. You should read the pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you filed a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that the Clerk receives it at least two (2) business days before the hearing. The address of the Clerk's office is: **<u>Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303</u>**. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion for Relief from Automatic Stay cannot be held within thirty (30) days, Movants waive the requirement for holding a preliminary hearing within thirty (30) days of filing the motion and agrees to a hearing on the earliest possible date. If the Court cannot render a final decision within sixty (60) days of the date of the request, Movants waive the requirement that a final decision be issued within that period.

Dated: October 19, 2021

Respectfully Submitted,

/s/ Lynn M. Wilson
Lynn M. Wilson, Esq.
Georgia Bar No. 768852

/s/ Brandi N. Wade
Brandi N. Wade, Esq.
Georgia Bar No. 868917

*Counsel for Movants*

**Goggans, Stutzman, Hudson,
Wilson & Mize, LLP**
990 Hammond Drive, Suite 300
Atlanta, Georgia 30328
Telephone: (404) 255-6900
Facsimile: (404) 843-2317
lwilson@gshattorneys.com
bwade@gshattorneys.com

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 21-57106-wlh |
| WENDY SHENEA MURRAY, | CHAPTER 7 |
| Debtor. | JUDGE WENDY L. HAGENAU |
| 2018-3 IH BORROWER LP,<br>    Movant, | CONTESTED MATTER |
| vs. | |
| WENDY SHENEA MURRAY,<br>    Debtor, | |
| S. GREGORY HAYS,<br>    Trustee,<br>    Respondents. | |

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of Movant's **MOTION FOR RELIEF FROM AUTOMATIC STAY** and **NOTICE OF HEARING** electronically or by depositing same in the United States First Mail in a properly addressed envelope to each with adequate postage thereon as follows:

WENDY SHENEA MURRAY
140 Addy Ln
Stockbridge, GA 30281

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

VINCENT PAUL LEIBBRANDT
BOBBY SHANE PALMER
Semrad Law
235 Peachtree Street NE
Atlanta, GA 30303

S. GREGORY HAYS
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Dated: October 19, 2021

                    Respectfully Submitted,

                    /s/ Lynn M. Wilson
                    Lynn M. Wilson, Esq.
                    Georgia Bar No. 768852

                    /s/ Brandi N. Wade
                    Brandi N. Wade, Esq.
                    Georgia Bar No. 868917

                    *Counsel for Movants*

**Goggans, Stutzman, Hudson,
Wilson & Mize, LLP**
990 Hammond Drive, Suite 300
Atlanta, Georgia 30328
Telephone: (404) 255-6900
Facsimile: (404) 843-2317
lwilson@gshattorneys.com
bwade@gshattorneys.com

# DISTRIBUTION LIST

### *Debtor*

WENDY SHENEA MURRAY
140 Addy Ln
Stockbridge, GA 30281

### *Debtor's Counsel*

VINCENT PAUL LEIBBRANDT
BOBBY SHANE PALMER
Semrad Law
235 Peachtree Street NE
Atlanta, GA 30303

### *Trustee*

S. GREGORY HAYS
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

### *U.S. Trustee*

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

### *Movants' Counsel*

LYNN M. WILSON
BRANDI N. WADE
Goggans, Stutzman, Hudson, Wilson & Mize, LLP
990 Hammond Drive, Suite 300
Atlanta, Georgia 30328